UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20439-CIV-GOLD/MCALILEY

TIMOTHY D. FEBBIE, JR.,

    Plaintiff,

v.

COSTA CRUISE LINES, N.V., LLC, et al.,

    Defendants.

                                         /

## ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO SERVE DEFENDANT; REQUIRING WRITTEN STATUS REPORT; ADMINISTRATIVELY CLOSING CASE

THIS CAUSE comes before the Court following the telephonic status conference held on June 3, 2008. As discussed at this status conference, I will grant Plaintiff an additional 90 days to serve Defendant Costa Croiciere. In approximately 90 days, I will hold another telephonic status conference, and before the status conference, Plaintiff shall file a written status report regarding service on Defendant.

In addition, this case shall be administratively closed pending the service of process on Defendant. Any party may file a written motion to reopen this case. Accordingly, it is hereby

ORDERED AND ADJUDGED that

1.     Plaintiff shall have 90 days from the docketing of this order to serve Defendant Costa Croiciere.

2.     A telephonic status conference is set before the undersigned at the Wilkie D. Fergunson, Jr. United States Courthouse, Courtroom 11-1, 400 N. Miami Ave., Miami, FL 33128 on Tuesday, September 9, 2008 at 8:45am.

3.    Plaintiff shall file a written status report no later than Friday, September 5, 2008.

4.    This case is ADMINISTRATIVELY CLOSED pending service of process on Defendant.

DONE AND ORDERED in Chambers in Miami, Florida this __6/__ day of June, 2008.


_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
All counsel of record